# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| CEDRIC LEONARD PORTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV410-067 |
| | ) |
| WILLIAM CLARK, JAMES CAMON, | ) |
| SGT. LANE, and MS. OLADELE, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

After Cedric Leonard Porter filed this civil rights action and sought leave to proceed in forma pauperis (IFP), docs. 1 & 2, the Court granted his IFP motion but directed him to submit a Prisoner Trust Fund Account Statement and Consent to Collection of fees form within 30 days. Doc. 3. It also warned him that failure to comply would result in dismissal of his case. *Id.* at 5. In that plaintiff has failed to comply, this case should be **DISMISSED WITHOUT PREJUDICE** for failing obey this Court's Order. L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir.

1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 9th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA