**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 SEP 17 AM 11:56

CLERK _____
SO. DIST. OF GA.

CEDRIC LEONARD PORTER,      )
                           )
    Plaintiff,             )
                           )
v.                         )      CASE NO. CV410-067
                           )
WILLIAM CLARK, JAMES CAMON, )
SERGEANT LANE, and MS. OLADELE, )
                           )
    Defendants.            )
                           )

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this *17th* day of September 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA